### MEYERS et al. v. JOSEPHSON.

(Circuit Court of Appeals, Fifth Circuit. June 20, 1903.)

#### No. 1,231.

1. BANKRUPTCY—LIFE INSURANCE POLICY—ABANDONMENT BY TRUSTEE.
Where the trustees of a bankrupt failed to have insurance policies on his life appraised, or to provide for the payment of premiums thereon, but abandoned the same to the bankrupt as valueless to the estate, which abandonment was subsequently approved by the court, they are not entitled to recover the proceeds of such policies, on the death of the bankrupt pending the proceedings, from the beneficiaries, the premiums having been kept up by them or by the bankrupt.

Petition for Revision of Proceedings of the District Court of the United States for the Southern District of Georgia.

In Bankruptcy. On petition to superintend and revise, in matter of law, bankruptcy proceedings in the District Court for the Southern District of Georgia.

For opinion below, see 121 Fed. 142.

C. Henry Cohen and Geo. S. Jones, for petitioners.
Jno. P. Ross, for respondents.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We have given this petition careful and attentive consideration, and therefore now, at this time, considering that the insurance policies on the life of the bankrupt, Josephson, were onerous contracts which, in the interest of the bankruptcy estate, might well have been abandoned by the trustees; that the trustees, by failing to provide for the premiums falling due on the 24th of March, 1901, and otherwise by failing to have said policies appraised and sold with the assets of the estate, and in permitting the policies to be delivered to the bankrupt, substantially abandoned said onerous contracts, which abandonment in fact has since been approved by the bankruptcy court; and that the decree of the District Court is in all respects equitable and just—

It is now ordered and decreed that the petition for superintendence and revision herein filed be denied, and the decree of the District Court in favor of Mrs. Rosa Josephson be approved and affirmed.